Judith ARONHIME, Ramy Lidor–Hada,
Valerie Niddam, Retital Lifshirtz and
Guy Shambursky, Appellants,

v.

Stephen Robert BYRN, David Andrew
Coates, Karen Sue Gushurst, Joseph
Francis Krzyzaniak, Zheng Jane Li,
Henry Grant Morrisson II, Aeri Park,
and Petrinka Ivanova Vlahova, Appellees.

No. 2008–1110.

United States Court of Appeals,
Federal Circuit.

Feb. 5, 2008.

### ORDER

Upon consideration of the appellants' unopposed motion to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.